FILED BY _____ scn _____ D.C.

**Feb 3, 2022**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Fort Pierce

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 2:22-CR-14013-CANNON-MAYNARD

21 U.S.C. § 841(a)(1)
21 U.S.C. § 846
21 U.S.C. § 853

UNITED STATES OF AMERICA

v.

**EDWIN FERNANDO FERNANDEZ JR.,**
        **a/k/a "Hugh,"**
**KEVIN TERGLIAFERA, and**
**LANCE RATTERREE**

        **Defendants.**
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Conspiracy to Distribute a Controlled Substance
### (21 U.S.C. §§ 841(a)(1) and 846)

From at least as early as in or around May 2021, and continuing through in or about

November 2021, in Saint Lucie County, in the Southern District of Florida, and elsewhere, the

defendants,

**EDWIN FERNANDO FERNANDEZ JR.,**
**a/k/a "Hugh,"**
**KEVIN TERGLIAFERA, and**
**LANCE RATTERREE**

did knowingly and willfully combine, conspire, confederate, and agree with other persons known

and unknown to the Grand Jury, to distribute a controlled substance, in violation of Title 21, United

States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

The controlled substance involved in the conspiracy attributable to **EDWIN FERNANDO FERNANDEZ JR., a/k/a "Hugh,"** as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is 50 grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(b)(1)(A).

The controlled substance involved in the conspiracy attributable to **KEVIN TERGLIAFERA** as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is 50 grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(b)(1)(A).

The controlled substance involved in the conspiracy attributable to **LANCE RATTERREE** as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is 50 grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(b)(1)(A).

## COUNT 2
### Distribution of a Controlled Substance
### (21 U.S.C. § 841(a)(1))

On or about August 5, 2021, in Saint Lucie County, in the Southern District of Florida, the defendant,

**EDWIN FERNANDO FERNANDEZ JR.,**
**a/k/a "Hugh,"**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(B), it is further alleged that this violation involved 5 grams or more of methamphetamine (actual), a Schedule II controlled substance.

2

## COUNT 3
### Distribution of a Controlled Substance
### (21 U.S.C. § 841(a)(1))

On or about September 1, 2021, in Saint Lucie County, in the Southern District of Florida,

the defendant,

### EDWIN FERNANDO FERNANDEZ JR.,
### a/k/a "Hugh,"

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United

States Code, Section 841(a)(l).

Pursuant to Title 21, United States Code, Section 841(b)(1)(A), it is further alleged that

this violation involved 50 grams or more of methamphetamine (actual), a Schedule II controlled

substance.

## COUNT 4
### Distribution of a Controlled Substance
### (21 U.S.C. § 841(a)(1))

On or about September 23, 2021, in Saint Lucie County, in the Southern District of Florida,

the defendant,

### EDWIN FERNANDO FERNANDEZ JR.,
### a/k/a "Hugh,"

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United

States Code, Section 841(a)(l).

Pursuant to Title 21, United States Code, Section 841(b)(1)(A), it is further alleged that

this violation involved 50 grams or more of methamphetamine (actual), a Schedule II controlled

substance.

3

## COUNT 5
### Distribution of a Controlled Substance
### (21 U.S.C. § 841(a)(1))

On or about November 23, 2021, in Saint Lucie County, in the Southern District of Florida,

the defendant,

## LANCE RATTERREE,

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United

States Code, Section 841(a)(l).

Pursuant to Title 21, United States Code, Section 841(b)(1)(B), it is further alleged that this

violation involved 50 grams or more of a mixture and substance containing a detectable amount

of methamphetamine.

## COUNT 6
### Possession with Intent to Distribute a Controlled Substance
### (21 U.S.C. § 841(a)(1))

On or about November 23, 2021, in Saint Lucie County, in the Southern District of Florida,

the defendant,

## LANCE RATTERREE,

did knowingly and intentionally possess with intent to distribute a controlled substance, in

violation of Title 21, United States Code, Section 841(a)(l).

Pursuant to Title 21, United States Code, Section 841(b)(1)(B), it is further alleged that this

violation involved 50 grams or more of a mixture and substance containing a detectable amount

of methamphetamine.

4

## FORFEITURE ALLEGATIONS

1.      The allegations of Counts 1 through 6 of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of certain property in which the defendants have an interest.

2.      Upon conviction of any violation of Title 21, United States Code, Sections 841(a)(1) and 846, as alleged in this Indictment, the defendants, **EDWIN FERNANDO FERNANDEZ JR., a/k/a "Hugh," KEVIN TERGLIAFERA, and LANCE RATTERREE** shall forfeit to the United States all property, real and personal, which constitutes or is derived from, any proceeds obtained, directly or indirectly, as a result of such violation, and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violation, pursuant to Title 21, United States Code, Section 853.

All pursuant to Title 21, United States Code, Section 853, and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

FOREPERSON

JUAN ANTONIO GONZÁLEZ
UNITED STATES ATTORNEY

MICHAEL D. PORTER
ASSISTANT UNITED STATES ATTORNEY

5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

EDWIN FERNANDO FERNANDEZ JR.,a/k/a "Hugh,"
KEVIN TERGLIAFERA, and LANCE RATTERREE

_____ Defendants/

CASE NO. 2:22-CR-14013-CANNON-MAYNARD

## CERTIFICATE OF TRIAL ATTORNEY*

Superseding Case Information:

**Court Division:** (Select One)

☐ Miami   ☐ Key West   ☐ FTL
☐ WPB   ☑ FTP

New defendant(s)   ☐ Yes   ☑ No
Number of new defendants _____
Total number of counts _____

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) **No**_____

   List language and/or dialect _____

4. This case will take __5__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)

   | | | |
   |---|---|---|
   | I | 0 to 5 days | ☑ |
   | II | 6 to 10 days | ☐ |
   | III | 11 to 20 days | ☐ |
   | IV | 21 to 60 days | ☐ |
   | V | 61 days and over | ☐ |

   (Check only one)

   | | |
   |---|---|
   | Petty | ☐ |
   | Minor | ☐ |
   | Misdemeanor | ☐ |
   | Felony | ☑ |

6. Has this case previously been filed in this District Court? (Yes or No) **No**_____

   If yes: Judge _____ Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) **No**_____

   If yes: Magistrate Case No. _____

   Related miscellaneous numbers: _____

   Defendant(s) in federal custody as of _____

   Defendant(s) in state custody as of _____

   Rule 20 from the District of _____

   Is this a potential death penalty case? (Yes or No) **No**_____

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)? (Yes or No) **No**_____

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) **No**_____

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? (Yes or No) **No**_____

MICHAEL D. PORTER
Assistant United States Attorney
FLA Bar No.        0031149

*Penalty Sheet(s) attached

REV 3/19/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

CASE NO.   2:22-CR-14043-CANNON-MAYNARD

Defendant's Name:   EDWIN FERNANDO FERNANDEZ JR., a/k/a "Hugh"

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|---|---|---|---|
| 1 | Conspiracy to Distribute a Controlled Substance – 50 Grams or more of Methamphetamine (actual) | 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), and 846 | 10 years – Life; $10,000,000 fine; SR: 5 years to Life; $100 Special Assessment |
| 2 | Distribution of a Controlled Substance – 5 Grams or more of Methamphetamine (actual) | 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B) | 5 – 40 years; $5,000,000 fine; SR: 4 years to Life; $100 Special Assessment |
| 3 | Distribution of a Controlled Substance – 50 Grams or more of Methamphetamine (actual) | 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A) | 10 years – Life; $10,000,000 fine; SR: 5 years to Life; $100 Special Assessment |
| 4 | Distribution of a Controlled Substance – 50 Grams or more of Methamphetamine (actual) | 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A) | 10 years – Life; $10,000,000 fine; SR: 5 years to Life; $100 Special Assessment |

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

### CASE NO.   2:22-CR-14013-CANNON-MAYNARD

**Defendant's Name:   KEVIN TERGLIAFERA**

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|-------|-----------|-----------|--------------|
| 1 | Conspiracy to Distribute a Controlled Substance – 50 Grams or more of Methamphetamine (actual) | 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), and 846 | 10 years – Life; $10,000,000 fine; SR: 5 years to Life; $100 Special Assessment |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

CASE NO. 2:22-CR-14013-CANNON-MAYNARD

Defendant's Name: LANCE RATTERREE

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|-------|-----------|-----------|--------------|
| 1 | Conspiracy to Distribute a Controlled Substance – 50 Grams or more of Methamphetamine (actual) | 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), and 846 | 10 years – Life; $10,000,000 fine; SR: 5 years to Life; $100 Special Assessment |
| 5 | Distribution of a Controlled Substance – 50 Grams or more of a mixture and substance containing a detectable amount of Methamphetamine | 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B) | 5 – 40 years; $5,000,000 fine; SR: 4 years to Life; $100 Special Assessment |
| 6 | Possession with Intent to Distribute a Controlled Substance – 50 grams or more of a mixture and substance containing a detectable amount of Methamphetamine | 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B) | 5 – 40 years; $5,000,000 fine; SR: 4 years to Life; $100 Special Assessment |

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.   2:22-CR-14013-CANNON-MAYNARD
_____

UNITED STATES OF AMERICA

v.

EDWIN FERNANDO FERNANDEZ JR.,
        a/k/a "Hugh,"
KEVIN TERGLIAFERA, and
LANCE RATTERREE
                Defendants.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?          No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?          No

Respectfully submitted,
JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

BY: _____

Michael D. Porter
Assistant United States Attorney
FLA Bar No.      0031149
101 South U.S. Highway 1, Suite 3100
Fort Pierce, Florida 34950
Tel: 772-466-0899
Fax: 772-466-1020
Email: Michael.Porter2@usdoj.gov